# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D17-5056
_____

DEVIN N. JONES and LISA A.
JONES,

Appellants,

v.

AUTO-OWNERS INSURANCE
COMPANY,

Appellee.
_____

On appeal from the Circuit Court for Walton County.
Jeffrey E. Lewis, Judge.

November 28, 2018

PER CURIAM.

AFFIRMED.

ROBERTS, RAY, and WINSOR, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***
_____

Dixie D. Powell of Powell Injury Law, P.A., Crestview, for Appellants.

Bobby L. Whitney, Jr., of Seymour & Whitney, Fort Walton Beach, for Appellee.